**Order filed April 15, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-14-00025-CV
NO. 14-14-00160-CV
_____

**FIREMAN'S FUND INSURANCE COMPANY, Appellant**

**V.**

**TRIYAR COMPANIES, LLC ET AL, Appellee**

**and**

**TRIYAR COMPANIES, LLC, TRIYAR COMPANIES, INC. FKA TRIYAR COMPANIES, LLC, SJM REALTY, LTD., AND GPM HOUSTON PROPERTIES, LTD, Appellant**

**V.**

**FIREMAN'S FUND INSURANCE COMPANY, Appellee**

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause Nos. 2010-47654A & 2010-47654**

# ORDER

The reporter's record in this case was due **January 13, 2014**. *See* Tex. R. App. P. 35.1. On **January 29, 2014**, this court ordered the court reporter to file the record within 30 days. On **March 11, 2014 Gina Wilburn** filed a motion for extension of time to file the record which was GRANTED until **April 01, 2014**.The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn and Terri Anderson**, the court reporters, to file the record in this appeal **within 30 days** of the date of this order. **No further extensions will be entertained absent exceptional circumstances.** The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Gina Wilburn and Terri Anderson** do not timely file the record as ordered, we will issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM